United States District Court
Southern District of Texas
**ENTERED**
February 12, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| WEATHERFORD INTERNATIONAL PLC, *et al.*, | ) Case No. 4:19-cv-04324 |
| | ) |
| Debtors | ) Bankr. Case No. 4:19-bk-33694 |
| | ) |
| GAMCO ASSET MANAGEMENT, INC., | ) |
| | ) |
| Appellant | ) |

## [PROPOSED] ORDER APPROVING STIPULATION AND DISMISSING APPEAL

THIS CAUSE is before the Court on the stipulation and agreement to dismiss this appeal (the "Stipulation") pursuant to Federal Rule of Bankruptcy Procedure 8023, filed by appellant GAMCO Asset Management, Inc. and appellee Weatherford International plc and its affiliated debtors. The Court has reviewed the Stipulation and is otherwise fully advised in the premises. Accordingly, upon due consideration, it is **ORDERED** and **ADJUDGED** that the Stipulation is **APPROVED** and that the appeal is dismissed with prejudice under the terms therein.

Signed on this 12th day of February, 2020

Hon. Lee H. Rosenthal
Chief Judge, United States District Court